CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 28 2005

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANSON D. LOONEY,<br>Petitioner, | Civil Action No. 7:05-cv-00290 |
| v. | **FINAL ORDER** |
| LARRY JARVIS,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motions to amend his response are hereby **GRANTED**; petitioner's motion to dismiss is hereby **DENIED**; the respondent's motion to dismiss is hereby **GRANTED**; this petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** as untimely, pursuant 28 U.S.C. § 2244(d)(1); and this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This 28th day of October, 2005.

/s/ James C. Turk
Senior United States District Judge